# United States District Court
## For The Western District of North Carolina
## Statesville Division

FILED
STATESVILLE, N.C.

AUG 29 2005

U.S. DISTRICT COURT
W. DIST. OF NC

HEATH BLAKE WINKLER,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:03CV50-2-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2005, Order.

August 29, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B Bouchard*

Carolyn Bouchard, Deputy Clerk